*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 26, 2007

## STATE OF CONNECTICUT *v.* MICHAEL CYR

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 101 Conn. App. 701 (AC 27172), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that at the time of his arrest the defendant was not operating a motor vehicle?"

SCHALLER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17975.

*Sarah Hanna,* deputy assistant state's attorney, in support of the petition.

Decided September 26, 2007

## STATE OF CONNECTICUT *v.* EMMANUEL BLANGO

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 100 (AC 26826), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Annacarina Del Mastro,* senior assistant public defender, in support of the petition.

*Margaret Gaffney Radionovas,* senior assistant state's attorney, in opposition.

Decided September 26, 2007